UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

v.                                          Civil  No. _____

CLERK'S ENTRY OF DEFAULT

On this _____ day of _____, 20 _____, it appearing from the affidavit(s) in support of default of _____, attorney for plaintiff, that each of the defendants named below has failed to plead or otherwise defend herein as provided by the Federal Rules of Civil Procedure;

Now, therefore, the DEFAULT of each of the following named defendants is hereby entered:



DAVID J. MALAND, CLERK

By. _____
     **Authored by**
     Charlene at 4:35 pm, 8/12/11
     Deputy Clerk

p:\DFLT.ord